UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-6020-CR-ZLOCH

UNITED STATES,

    Plaintiff,

vs.                           **O R D E R**

ANTHONY THOMPSON,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Anthony Thompson's Motion For Reduction Of Sentence (DE 158), Defendant Anthony Thompson's Motion To Proceed In Forma Pauperis (DE 159), and Defendant Anthony Thompson's Motion For Reduction Of Sentence (DE 160). The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Anthony Thompson's Motion For Reduction Of Sentence (DE 158) be and the same is hereby **DENIED**;

2. That Defendant Anthony Thompson's Motion To Proceed In Forma Pauperis (DE 159), be and the same is hereby **GRANTED**; and

3. That Defendant Anthony Thompson's Motion For Reduction Of Sentence (DE 160) be and the same is hereby **DENIED**;

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this      24th      day of June, 2008.

                                              WILLIAM J. ZLOCH
                                              United States District Judge

See Attached Mailing List

UNITED STATES OF AMERICA VS. ANTHONY THOMPSON
CASE NO. 94-6020-CR-ZLOCH

All Counsel of Record

Anthony Thompson, <u>pro se</u>
# 29240-004
Federal Correctional Complex
P.O. Box 1032
Coleman, FL 33521-1032